✇AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE       District of       ALABAMA

UNITED STATES OF AMERICA

V.

BEULAH FROST GRISSETT
P.O. BOX 197
GANTT, AL 36038

**WARRANT FOR ARREST**

Case Number:  2:05CR150-F

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       **BEULAH FROST GRISSETT**
                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice

charging him or her with    (brief description of offense)

Sell or Distribute a Controlled Substance

Aiding and Abetting

in violation of Title    21 & 18    United States Code, Section(s)    841/846 and 2

DEBRA P. HACKETT                              _Kelli Gregg_ (signature)
Name of Issuing Officer                        Signature of Issuing Officer

CLERK OF COURT                                 JUNE 30, 2005 AT MONTGOMERY, AL.
Title of Issuing Officer                       Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |