# COURTROOM DEPUTY MINUTES
# MIDDLE DISTRICT OF ALABAMA

DATE: **AUGUST 5, 2005**

DIGITAL RECORDING: **11:39 - 11:48**

- [X] INITIAL APPEARANCE
- [ ] BOND HEARING
- [ ] DETENTION HEARING
- [ ] REMOVAL HEARING (R.40)
- [X] ARRAIGNMENT
- [ ] ARRAIGNMENT on SUPERSEDING INDICTMENT
- [ ] PRELIMINARY EXAMINATION

PRESIDING MAG. JUDGE **COODY**  DEPUTY CLERK: **WANDA STINSON**

CASE NO. **2:05CR150-F-CSC**  DEFT. NAME: **BEULAH FROST GRISSETT**

USA: **SUSAN REDMON**  ATTY: **PATRICIA KEMP**
Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (X) CDO
( ) Stand In ONLY

USPTSO/USPO: **RON THWEATT**

Defendant _____ does __✓__ does NOT need an interpreter

Interpreter present __✓__ NO _____ YES NAME: _____

- [X] kars. — Date of Arrest **8/5/05** or [ ] karsr40
- [X] kia. — Deft. First Appearance. Advised of rights/charges. [ ] Pro/Sup Rel Violator
- [X] kcnsl. — Deft. First Appearance with Counsel
- [ ] — Deft. First Appearance without Counsel
- [ ] — Requests appointed Counsel  [X] ORAL MOTION for Appointment of Counsel
- [X] kfinaff. — Financial Affidavit executed [ ] to be obtained by PTSO
- [X] koappted — ORAL ORDER appointing Community Defender Organization  - **Notice to be filed.**
- [ ] k20appt. — Panel Attorney Appointed; [ ] to be appointed - prepare voucher
- [ ] — Deft. Advises he will retain counsel. Has retained _____
- [ ] — Government's **ORAL** (kgoralm.) Motion for Detention Hrg. [ ] To be followed by written motion;
- [ ] — Government's **WRITTEN** Motion for Detention Hrg. filed.
- [ ] kdmhrg. — **Detention Hearing** [ ] held; [ ] set for _____
- [ ] kotempdtn. — **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
- [ ] kodtn. — **ORDER OF DETENTION PENDING TRIAL** entered
- [X] kocondrls. — Release order entered. Deft. advised of conditions of release
- [X] kbnd. — [ ] BOND EXECUTED (M/D AL charges) $**25,000.00** Deft released (kloc LR)
- [ ] — [ ] BOND EXECUTED (R.40 charges) - deft to report to originating district as ordered
- [ ] kloc.(LC) — Bond **NOT** executed. Deft to remain in Marshal's custody
- [ ] — Preliminary Hearing [ ] Set for _____
- [ ] ko. — Deft. **ORDERED REMOVED** to originating district
- [ ] kwvprl. — Waiver of [ ] preliminary hearing; [ ] Kwvr40hrg. (Waiver of R.40 Hearing)
- [ ] — Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.
- [X] karr. — ARRAIGNMENT SET FOR: _____ [X] HELD. Plea of **NOT GUILTY** entered.
- [X] Set for **11/7/05** Trial Term; [X] PRETRIAL CONFERENCE DATE: **9/19/05**
  DISCOVERY DISCLOSURES DATE: **8/9/05**
- [ ] krmknn. — NOTICE to retained Criminal Defense Attorney handed to Counsel
- [ ] krmvhrg. — Identity/Removal Hearing set for _____
- [X] kwvspt — **Waiver of Speedy Trial Act Rights Executed**