# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:05cr150-F |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| RONNIE BENNETT GRISSETT and BEULAH FROST GRISSETT d/b/a GRISSETT GROCERY | LIS PENDENS |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
COVINGTON COUNTY JUDGE OF PROBATE

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
COURT SQUARE ONE - ANDALUSIA, ALABAMA 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Covington County Judge of Probate
P.O. Drawer 789
Andalusia, AL 36420

2. Article Number: 7001 1140 0001 8579 6042

PS Form 3811, August 2001   Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: X [signature] ☐ Agent ☑ Addressee
B. Received by (Printed Name): Sherrie M.  C. Date of Delivery: 7-7-05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail  ☐ Express Mail  ☐ Registered  ☑ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

Grissett Bobo

---

TELEPHONE NUMBER: (334) 223-7280
DATE: JULY 5, 2005

Signed USMS Deputy or Clerk: A. Chavers   Date: 7/5/05

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

**RETURNED AND FILED**
AUG - 1 2005
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7/12/05   Time: 1:57 pm

Signature of U.S. Marshal or Deputy: Karen A. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or Amount or Refund |
|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | |

REMARKS: 7/6/05 C.M. # 7001 1140 0001 8579 6042
7/8/05 Received green card signed "Sherrie McPhillips"
7/12/05 Received recorded copy

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)