IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:05CR150-F** |
| ) | |
| **BEULAH FROST GRISSETT** ) | |

## MOTION FOR PRODUCTION OF GIGLIO AND BRADY INFORMATION[1]

The defendant, Beulah Frost Grissett, by and through undersigned counsel, Kevin L. Butler, moves pursuant to Federal Rules of Criminal Procedure 16(d)(2), this Court's February 4, 1999, Standing Order On Criminal Discovery, the holdings of <u>Brady v. Maryland</u>, 373 U.S. 83; <u>United States v. Giglio</u>, 405 U.S. 150 (1972); <u>Kyles v. Whitley</u>, 514 U.S. 419 (1995); and the Fifth and Sixth Amendments of the United States Constitution, for an order compelling the production of: (1) the identity of any confidential informant(s) utilized by the government in the investigation and prosecution of this case, and (2) all promises and inducements offered to or provided to any confidential informant.

If the requested information is timely provided, this motion will be withdrawn.

Dated this 15th day of September 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

---

[1] Undersigned counsel will meet with government counsel to attempt to resolve this pleading without involving the Court. This pleading is being filed to preserve the issue if negotiations between counsel are not successful.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05CR150-F |
| | ) | |
| **BEULAH FROST GRISSETT** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                            Respectfully submitted,

                                            s/ Kevin L. Butler
                                            KEVIN L. BUTLER
                                            First Assistant Federal Defender
                                            201 Monroe Street, Suite 407
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: kevin_butler@fd.org
                                            AZ Bar Code: 014138