IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )| |
| ) | |
| V. ) | CR. No.: 2:05CR150-F |
| ) | |
| BEULAH FROST GRISSETT ) | |

## MOTION TO DISMISS FOR FAILURE TO PROSECUTE

**COMES NOW** the Defendant, Beulah Frost Grissett, by and through undersigned counsel, Kevin L. Butler, and pursuant to the Fifth and Sixth Amendments to the United States Constitution moves this Court for an Order dismissing the June 29, 2005 indictment based upon the government's inappropriate delay in prosecution.

Between April and May of 2003, government agents attempted to purchase quantities of pseudoephedrine from Grissett Grocery on Highway 27, N. Gantt, Alabama. Over two years later and based upon the government's April 2003 investigation, Mrs. Beulah Frost Grissett was charged by indictment filed in this Court with conspiracy to manufacture methamphetamine and aiding and abetting the manufacturing of methamphetamine.

The government has provided the defense with approximately 500 pages of discovery related to the government's 2003 investigation of Mrs. Grissett. Other than 8 pages of photographs taken in June of 2005 (of the evidence seized in April of 2003), all of the discovery appears to have been gathered on or before May of 2003. For no apparent reason, no investigation has been conducted in this matter for over two years.

As a result, in preparation for trial (and possibly sentencing), the defense is presently not able to locate, identify or interview the confidential informant who conducted the transactions

that form the basis of these charges nor locate any other potential witnesses. As this delay has prejudiced the defense and given the government a tactical advantage, the case must be dismissed. See United States v. Foxman, 87 F.3d 1220 (11th Cir. 1996).

**WHEREFORE**, because the government's improper and unjustified delay has caused Mrs. Grissett to suffer prejudice and given the government a tactical advantage, she respectfully requests that this motion to dismiss for failure to prosecute be granted.

Dated this 15th day of September 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05CR150-F |
| | ) | |
| **BEULAH FROST GRISSETT** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

          Respectfully submitted,

          s/ Kevin L. Butler
          KEVIN L. BUTLER
          First Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: kevin_butler@fd.org
          AZ Bar Code: 014138