IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CR. No.: 2:05CR150-F |
| ) | |
| BEULAH FROST GRISSETT ) | |

### MOTION TO DISMISS COUNT 1 AND IN THE ALTERNATIVE MOTION FOR A BILL OF PARTICULARS

**COMES NOW** the Defendant, Beulah Frost Grissett, by and through undersigned counsel, Kevin L. Butler, and respectfully moves, pursuant to Fed. R. Crim. Proc. 7(f) and the Fifth and Sixth Amendments to the United States Constitution, that this Court order the dismissal of Count 1 of the Indictment or in the alternative order the government to file a bill of particulars clarifying the conspiracy charged in Count 1 of indictment in the instant case. In support of this motion the defendant states:

1) Mrs. Grissett has been charged by indictment with conspiracy to manufacture methamphetamine.

2) The indictment alleges she conspired with, "other persons known and unknown to manufacture five grams or more of methamphetamine."

3) In order for there to be a conspiracy:

    (a) there must be evidence showing an agreement between at least two persons, to violate narcotics laws. See *United States v. Wright*, 63 F.3d 1067 (11th Cir. 1995). Neither person can be a government agent or confidential informant. Id.

    (b) the members of the conspiracy must have agreed to the object of the

       conspiracy (i.e. to manufacture methamphetamine). *United States v. Martinez*, 83 F.3d 371 (11th Cir. 1996).

4) Between April and May of 2003, a government confidential informant attempted to purchase quantities of pseudoephedrine from Grissett Grocery on Highway 27, N. Gantt, Alabama.

5) In the over 500 pages of discovery provided by the government, there is no evidence or indication that anyone other than a store employee and the confidential informant may have been engaged in illegal activity (the sale/purchase of pseudoephedrine). Additionally, other than the fact that pseudoephedrine was allegedly sold to the CI, there is no information showing the defendant was aware that it could or would be used to manufacture methamphetamine.

6) As there is no discovery indicating the defendant engaged in a conspiracy or was aware of the object of the conspiracy, the defendant is unable to prepare a defense to this charge with any precision and is subject to being surprised at trial. See *United States v. Warren*, 772 F.2d 827 (11th Cir. 1985).

7) As there is no discovery/evidence, other than the allegation in the indictment, showing Mrs. Grissett was involved in a conspiracy, Ms. Grissett moves to dismiss Count 1 of the indictment.

8) In the alternative, the defendant requests the government provide the defense with any and all information showing that the defendant: (1) entered into and was part of a conspiracy and (2) knew the purpose of the conspiracy was to manufacture

methamphetamine.[1]

WHEREFORE, for the reasons set forth above, Mrs. Grissett requests Count 1 of the indictment be dismissed, or in the alternative, the government file a bill of particulars clarifying the "conspiracy" alleged in Count 1.

Dated this 16th day of September 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

---

[1] If the government is ordered to produce a bill of particulars evidencing a conspiracy, and the information produced fails to establish the required elements of a conspiracy, the defense will renew its motion to dismiss Count 1.

## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05CR150-F |
| ) | |
| **BEULAH FROST GRISSETT** ) | |

## CERTIFICATE OF SERVICE

  I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Kevin L. Butler
                KEVIN L. BUTLER
                First Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: kevin_butler@fd.org
                AZ Bar Code: 014138