| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :   SEPTEMBER 19, 2005** |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED:   1:13 - 1:15** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>     **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:**  <u>2:05CR150-F-CSC</u>     **DEFENDANT NAME:** <u>BEULAH F. GRISSETT</u>

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY.  TOMMIE HARDWICK | ATTY. KEVIN BUTLER |

√     **DISCOVERY STATUS: NONE.**

√     **PENDING MOTION STATUS:** Deft's M/ Compel; Dft's M/Dismiss for failure to Prosecute; Deft's M/Dismiss Ct. 1, in the alternative M/Bill of Particulars.

√     **PLEA STATUS: POSSIBLE PLEA**

√     **TRIAL STATUS: POSSIBLE TRIAL; WILL TAKE 2 DAYS FOR TRIAL**

❒     **REMARKS:** Deft's counsel **ORAL** M/withdraw motion to Compel; Court **ORAL ORDER** Denying Motion. Court not hrg. required as to the Deft's M/Dismiss Ct. 1, or in the alternative M/Bill of Particulars; Court to set hrg. on Deft's M/Dismiss for failure to prosecute 3 or 4 weeks out; Will set time to file response to the Dismissal and Bill of Particulars at the same time;