IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr150-F |
| | ) | |
| BEULAH FROST GRISSETT | ) | |

**ORDER**

Now pending before the court is motion to dismiss for failure to prosecute (doc. # 25) and motion to dismiss count 1 (doc. # 26) filed by the defendant. In seeking to dismiss an indictment for pre-indictment delay, the burden on the defendant is a heavy one. *See United States v. Foxman*, 87 F.3d 1220, 1222 (11th Cir. 1996). The defendant must show that the pre-indictment delay has caused her "actual substantial prejudice and that the delay was the product of a deliberate act by the government designed to gain a tactical advantage." *Id*. Consequently, the court concludes that an evidentiary hearing is necessary. Accordingly, upon consideration of the defendant's motions, it is

ORDERED that a hearing be and is hereby set on October 11, 2005, at 9:00 a.m. in Courtroom 4B, United States Courthouse, One Church Street, Montgomery, Alabama. It is further

ORDERED that the United States shall file a response to the motion and all other pending motions on or before **12:00 noon on October 7, 2005.** At the October 11, 2005 hearing, the court will hear argument on other pending motions.

Done this 27th day of September, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE