IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:05CR150-F |
| ) | |
| BEULAH FROST GRISSETT ) | |

### WITHDRAWAL OF MOTION TO DISMISS FOR FAILURE TO PROSECUTE

**NOW COMES** the Defendant, Beulah Grissett, by and through undersigned counsel, Kevin L. Butler, and respectfully withdraws her Motion to Dismiss for Failure to Prosecute (Docket #25).[1] In support of this filing, the defendant states:

1. Based upon further factual investigation of this pleading, at this time, the defense does not believe it will be able to establish substantial prejudice and intentional/deliberate delay for prosecutorial advantage. See *United States v. Foxman*, 87 F.3d 1220 (11th Cir. 1996).

2. However, the defense's investigation is ongoing and it appears this matter may proceed to trial. If further information is discovered which establishes substantial prejudice and deliberate delay, the defense will request leave to reopen this issue.

**WHEREFORE**, the Defendant withdraws its motion to dismiss for failure to prosecute but requests leave to re-open this issue if new and material evidence presents itself.

---

[1] The defendant **does not** withdraw its Motion to Dismiss Count 1 and in the Alternative Request of a Bill of Particulars (Docket #26).

>Respectfully submitted,
>s/ Kevin L. Butler
>KEVIN L. BUTLER
>First Assistant Federal Defender
>201 Monroe Street, Suite 407
>Montgomery, Alabama 36104
>Phone: (334) 834-2099
>Fax: (334) 834-0353
>E-mail: kevin_butler@fd.org
>AZ Bar Code: 014138

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CR. No.: 2:05CR150-F** |
| ) | |
| **BEULAH FROST GRISSETT** ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138