IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr150-F |
| | ) | |
| BEULAH FROST GRISSETT | ) | |

**ORDER**

Now pending before the court is motion to dismiss for failure to prosecute (doc. # 25) and the defendant's motion to withdraw the motion to dismiss (doc. # 32). Upon consideration of the defendant's motion to withdraw the motion to dismiss (doc. # 32), it is

ORDERED that the motion to withdraw (doc. # 32) be and is hereby GRANTED. It is further

ORDERED that the hearing presently set on October 11, 2005, at 9:00 a.m. be and is hereby CANCELLED.

Done this 3rd day of October, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE