IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:05cr150-F |
| | ) | |
| BEULAH FROST GRISSETT | ) | |

**ORDER**

Now pending before the court is motion to dismiss count 1 (doc. # 26) filed by the defendant. Upon consideration of the motion, it is

ORDERED that the United States shall file a response to the motion on or before **October 7, 2005.**

Done this 3rd day of October, 2005.

        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE