IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| vs. | ) | NO. 2:05-cr-150-F |
| | ) | |
| BEULAH FROST GRISSETT | ) | |

**UNITED STATES' RESPONSE TO MOTION FOR BILL OF PARTICULARS**

COMES NOW the United States of America, by and through its attorney, Leura Garrett Canary, United States Attorney, and responds to Defendant Beulah Frost Grissett's motion for a bill of particulars as follows:

1. Defendant asserts that the Indictment against her which alleges that she conspired with Ronnie Grissett and "other persons known and unknown" does not sufficiently charge a conspiracy to violate 21 U.S.C. §§ 841(a)(1) and 846, in that one cannot conspire with a government agent or confidential informant.

2. The United States directs Grissett to the discovery previously provided in this case which shows Grissett's awareness that the sale of large quantities of pseudoephedrine was illegal, in that the chemical was used in the manufacture of methamphetamine, a Schedule II Controlled Substance.

3. The transcribed recording of confidential informant Brenda Barnett's recounting of an April 10, 2003, transaction between Barnett and Grissett shows that Grissett was cautious about selling $278.00 worth of pseudoephedrine to a person with whom she was unfamiliar. However, after discussing the sale with her son and co-conspirator, Ronnie Grissett, Grissett took Barnett's money and completed the purchase. See Grissett Discovery, at pp. 24-25 (transactions of April

10, 2003.)

4. Additional discovery provided to Grissett demonstrates her caution in the sale of pseudoephedrine and awareness that it is used in the illegal manufacture of methamphetamine. See Grissett Discovery, at pp. 28-29, 32-33 (transactions of April 24, 2003, and May 1, 2003.)

5. The Government will present further evidence of the conspiracy between Ronnie Grissett and Beulah Grissett through evidence that between October 8 and 10, 2003, Ronnie Grissett was arrested for manufacturing methamphetamine at the residence shared by Ronnie Grissett and his mother Beulah Grisset. The store is the property of Beulah Grissett. In addition, several cartons of Max Brand pseudoephedrine 60s were found in Beulah Grissett's bedroom, which is next door to the store. The pseudoephedrine is kept in the grocery store and in the residence where both parties work and live, respectively. Ronnie Grissett also had a lab behind the residence, in which he manufactured methamphetamine.

6. The United States contends that these transcriptions and evidence described in paragraph 5, provide support for its position that Grissett (1) entered into and was part of a conspiracy, and (2) knew the purpose of the conspiracy was to manufacture methamphetamine. See United States v. Roper, 874 F.2d 782, 787 (11th Cir. 1989)("A defendant may be found guilty of conspiracy even if he did not join it until after its inception, and even if he played only a minor role in the total scheme."); United States v. Walker, 720 F.2d 1527, 1538 (11th Cir.1983) (All that is required to sustain a conspiracy conviction is that the evidence demonstrates that the defendant knew the essential objective of the conspiracy; knowing all the details of the conspiracy or playing more than a minor role is not necessary for conviction.); United States v. Carter, 760 F.2d 1568, 1582 (11th Cir.1985) (A conspirator need not be privy to all the details of

the conspiracy, aware of all the other conspirators, or participate in every stage of the conspiracy in order to have his conviction upheld.).

    Respectfully submitted this 7th day of October, 2005.

                      Respectfully submitted,

                      LEURA GARRETT CANARY
                      UNITED STATES ATTORNEY

                      /s/ Tommie Brown Hardwick
                      TOMMIE BROWN HARDWICK
                      Assistant United States Attorney
                      Post Office Box 197
                      Montgomery, Alabama 36101-0197
                      (334) 223-7280
                      (334) 223-7135 fax
                      tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | ) NO. 2:05-cr-150-F |
| | ) |
| BEULAH FROST GRISSETT | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kevin Butler, Esq.

    Respectfully submitted,

    LEURA GARRETT CANARY
    UNITED STATES ATTORNEY

    /s/ Tommie Brown Hardwick
    TOMMIE BROWN HARDWICK
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    (334) 223-7280
    (334) 223-7135 fax
    tommie.hardwick@usdoj.gov