IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:05CR150-F |
| ) | |
| BEULAH FROST GRISSETT ) | |

### UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW the Defendant, Beulah Grissett, by and through undersigned counsel, Kevin L. Butler, and pursuant to 18 U.S.C. §§ 3161(h)(3)(A)(B); 3161(h)(8)(b)(I) and 3161(h)(8)(b)(ii) respectfully moves this Court to continue the trial of this matter past the currently scheduled November 7, 2005 trial term. In support of this Motion, defendant would show the following:

1. Trial in this matter is presently scheduled for November 7, 2005.

2. The defense received approximately 416 additional pages of discovery from the government on Friday, October 14, 2005.

3. This newly received discovery referenced at least ten (10) additional witnesses whom the defense has yet located or interviewed.

4. It will be impossible to complete the investigation of this new discovery on or before November 7, 2005, it is in the interest of justice to continue the trial of this matter.

5. Ms. Grissett has no objection to the requested continuance. Her waiver of speedy trial will be filed within five (5) days of the filing of this motion.

6. The United States, through Assistant United States Attorney Tommie Hardwick, has no opposition to this requested continuance.

7.      The co-defendant in this case, Ronnie Grissett, through his counsel, Ben Bruner, has no opposition to this requested continuance.

8.      Moreover, while, requests for a continuance are addressed to the sound discretion of the trial court, *United States v. Darby*, 744 F.2d 1508, 1521 (11th Cir. 1984), *reh'g denied* 749 F.2d 733, cert. denied, 471 U.S. 1100 (1985), the defendant feels that, in this case, the ends of justice will be served by allowing the defense adequate time to review all potentially relevant information and to interview all potential witnesses in order to adequately prepare a defense to the charges contained in the Indictment.

9.      Therefore, it is in the interest of justice and within the discretion of the trial court to continue matters set for trial if due to the complex nature of a case a continuance is necessary to allow the defense necessary and additional time to prepare.

**FOR THE REASONS ABOVE**, Ms. Grissett respectfully requests that this Motion be granted and the trial in this matter be continued from the November 7, 2005 trial docket.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05CR150-F |
| ) | |
| **BEULAH FROST GRISSETT** ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138