IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.  2:05CR150-F |
| | ) | |
| BEULAH FROST GRISSETT | ) | |
| d/b/a GRISSETT GROCERY | ) | |

**ORDER**

For good cause, it is

**ORDERED** that a final pretrial conference be and is hereby set for **January 20, 2006 at 1:00 p.m.** in courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

That all applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, provided, however that the deadline for the filing of pretrial, dispositive motions is not extended.

Done this 26th day of October, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE