IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 2:05cr150-F |
| | ) |
| BEULAH FROST GRISSETT | ) |

## **ORDER**

On October 13, 2005, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 36) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby ADOPTED and the defendant's motion to dismiss the indictment, and in the alternative, motion for a bill of particulars (Doc. # 26) be and is hereby DENIED.

Done this the 27th day of October 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE