| | |
|---|---|
| **COURTROOM DEPUTY MINUTES** | **DATE :** JANUARY 20, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDED: 1:10 - 1:13** |

## PRETRIAL CONFERENCE

**PRESIDING MAG. JUDGE:** <u>CHARLES S. COODY</u>    **DEPUTY CLERK:** <u>WANDA STINSON</u>

**CASE NUMBER:** <u>2:05CR150-LSC-CSC</u>    **DEFENDANT NAME:** <u>RONNIE GRISSETT</u>
                                                              <u>BEULAH GRISSETT</u>

### APPEARANCES

| GOVERNMENT | DEFENDANT |
|---|---|
| ATTY. TOMMIE HARDWICK | ATTY. BEN BRUNER |
|  | ATTY. KEVIN BUTLER |

√   **DISCOVERY STATUS:** Completed.

_____
_____

√   **PENDING MOTION STATUS:** None.

_____
_____

√   **PLEA STATUS:** Possible plea negotiations as to Beulah Grissett but also may go to trial as well

_____
_____

❏ **TRIAL STATUS:** Case may go to trial based on deft's career criminal history as to Ronnie Grissett; Will take 3 days for trial.

_____

❏   **REMARKS:**
_____