IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 2:05CR150-F |
| ) | |
| **BEULAH FROST GRISSETT** ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, Beulah Frost Grissett, by and through undersigned counsel, Kevin L. Butler, and notifies the Court of her intent to change her previously entered plea of not guilty to guilty. Defendant waives her right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 2nd day of February 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.    ) | CR. No.: 2:05CR150-F |
| ) | |
| BEULAH FROST GRISSETT ) | |

## CERTIFICATE OF SERVICE

      I hereby certify that on February 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Tommie Hardwick, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                    Respectfully submitted,

                    s/ Kevin L. Butler
                    KEVIN L. BUTLER
                    First Assistant Federal Defender
                    201 Monroe Street, Suite 407
                    Montgomery, Alabama 36104
                    Phone: (334) 834-2099
                    Fax: (334) 834-0353
                    E-mail: kevin_butler@fd.org
                    AZ Bar Code: 014138