# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF ALABAMA

### N O T I C E
### Tentative Criminal Trial Docket
commencing at 9:00 a.m.
for the February 13 - 24, 2006 trial docket

1.   3:05-cr-046-LSC        Jerry Scott Minor

2.   2:05-cr-150-LSC        Ronnie Bennett Grissett (1)
                            Beulah Frost Grissett (2)

3.   2:05-cr-108-LSC        George Hoey Morris

4.   2:05-cr-177-LSC        Marvin Darby

5.   2:05-cr-193-LSC        Stephen Shawn Crenshaw

6.   2:05-cr-031-LSC        Lee Frank Baniel

7.   2:05-cr-204-LSC        Billy R. Mercer, Jr.

8.   1:05-cr-153-LSC        Brenda McCall (2)
                            Martha Davis (3)

9.   2:05-cr-175-LSC        Marcus Jabor Alls

10.  2:05-cr-134-LSC        Stephen Jessie Lester (Non-jury trial
                            estimated 1 hour trial time)  This case
                            will be scheduled at a convenient time
                            during the above settings.

This is a TENTATIVE schedule.  The court will attempt to contact attorneys during the week prior to February 13 to specify who should be available on Monday morning.  Unless released, all attorneys should be ready to proceed on Monday, February 13, 2006.