IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2006 FEB -3  P 4: 25
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:05cr150-LSC |
| v. | ) | [21 USC 841(f)(1) |
| | ) | 18 USC 2] |
| BEULAH FROST GRISSETT, d/b/a | ) | |
| GRISSETT GROCERY | ) | INFORMATION |

The United States Attorney charges:

### COUNT 1

On or about April 10, 2003, in Covington County, Alabama, within the Middle District of Alabama,

**BEULAH FROST GRISSETT, d/b/a/
GRISSETT GROCERY,**

defendant herein, while aiding and abetting another person, in violation of this subchapter, namely, Title 21, United States Code, Section 841(c)(2), did knowingly distribute a listed chemical, to-wit: pseudoephedrine, other than in violation of a record-keeping and reporting requirement of Section 830 of Title 21, all in violation of Title 21, United States Code, Section 841(f)(1), and Title 18, United States Code, Section 2.

### Forfeiture Allegation

A.    Count 1 of this information are hereby repeated and incorporated herein by reference.

B.    Upon conviction for violation of Title 21, United States Code, Section 841 and Title 18, United States Code, Section 2, as alleged in Count 1 of this information, the defendant,

BEULAH FROST GRISSETT d/b/a
GRISSETT GROCERY,

shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the said defendants obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count 1 of this information, including but not limited to the following:

All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments and easements, known as Grissett Grocery, located on Highway 27 North, Gantt, Alabama, more particularly described as:

> Lots 3 and 4 in Block "B" and all of Block "C", Plat No. I of the Hern Estate Land, Gantt, Alabama, said plat being recorded in the office of the Judge of Probate of Covington County, Alabama, in Plat Book 4, page 14, said parcel of land being more particularly described as follows: Starting at the point where the North right of way line of U.S. Highway No. 29 intersects the East right of way line of the River Falls Road and thence running in an Easterly direction along the North right of way line of U.S. Highway No. 29 to the point where said North right of way line intersects the South right of way line of the Central of Georgia Railroad; thence running in a Northwesterly direction along the said South or Southern right of way of said railroad to a point where said Southern right of way line intersects the East right of way line of said River Falls Road; thence running South along said East right of way line of said River Falls Road to the point of beginning. Less and Except a 20 foot square lot to Southeast Alabama Gas District. All of said lots being in the NE1/4 of SE1/4 of Section 18, Township 5, Range 16.

      C.     If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant,

      (1) cannot be located upon the exercise of due diligence;

      (2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property, all in violation of Title 21, United States Code, Sections 841, 846, and 853, and Title 18, United States Code, Section 2.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney

/s/ John T. Harmon
JOHN T. HARMON
Assistant United States Attorney

3