AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ ALABAMA _____

UNITED STATES OF AMERICA

V.

BEULAH FROST GRISSETT

**WAIVER OF INDICTMENT**

CASE NUMBER: 2:05CR150-LSC

I, _____ BEULAH FROST GRISSETT _____, the above named defendant, who is accused of

**VIOLATION OF TITLE 21 USC SECTION 841(f)(1)**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _____ 2/8/06 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Date*

*Defendant*

*Counsel for Defendant*

Before _____
*Judicial Officer*