COURTROOM DEPUTY MINUTES  DATE: __2/8/06__   FTR RECORDING: __3:16 - 3:28__

MIDDLE DISTRICT OF ALABAMA       COURT REPORTER: MITCHELL REISNER

- ☐ ARRAIGNMENT   ✓ CHANGE OF PLEA   ☐ CONSENT PLEA
- ☐ RULE 44(c) HEARING   ☐ SENTENCING

| | |
|---|---|
| PRESIDING MAG. JUDGE: *CHARLES S. COODY* | DEPUTY CLERK: WANDA STINSON |
| CASE NUMBER: *2:05CR150-LSC-CSC* | DEFENDANT NAME: BEULAH F. GRISSETT |
| AUSA: TOMMIE HARDWICK | DEFENDANT ATTY: KEVIN BUTLER |
| | Type Counsel: ( ) Waived; ( ) Retained; ( ) Panel CJA; ( ) CDO |
| USPO: DEWAYNE SPURLOCK | |
| Defendant __ does __✓__ does NOT need an interpreter.  Interpreter Name: ____ | |

- ☐ This is defendant's **FIRST APPEARANCE**. (Docket kia.!!!)
- ☐ Financial Affidavit executed. **ORAL MOTION** for Appointment of Counsel.
- ☐ **ORAL ORDER** Appointing ☐ FPD or ☐ CJA Panel. Notice of Appearance to be filed.
- ✓ **WAIVER OF INDICTMENT** executed and filed.
- ✓ **FELONY INFORMATION** filed.
- ☐ Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ☐ Not Guilty   ☐ Nol Contendere   ☐ Not Guilty by reason of insanity

✓ Guilty as to:   ✓ Count(s) __1__ of the **Felony Information.**

☐ Count(s) _____   ☐ dismissed on oral motion of USA;

☐ To be dismissed at sentencing.

- ✓ Consent to enter Guilty Plea before U.S. Magistrate Judge Executed.
- ☐ No Plea Agreement entered. ✓ Written plea agreement filed. ☐ **OPEN/ORAL** Plea Agreement.
  - ☐ **ORDERED SEALED.**
- ✓ **ORAL ORDER** Adjudicating defendant guilty.
- ✓ **ORDER:** Defendant Continued under ✓ same Conditions/Bond imposed; ☐ Released on Bond & Conditions of Release for: ☐ Trial on _____; ✓ Sentencing on _____; ✓ To be set by Separate Order
- ☐ **ORDER:** Defendant remanded to custody of U.S. Marshal for:
  - ☐ Trial on _____; or ☐ Sentencing on _____ ☐ set by separate Order.