```
           IN THE UNITED STATES DISTRICT COURT
           FOR THE MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
          v.                  )   CR. NO. 2:05cr150-C
                              )
RONNIE BENNETT GRISSETT and   )
BEULAH FROST GRISSETT d/b/a   )
GRISSETT GROCERY              )
```

MOTION TO ENTER PRELIMINARY ORDER OF FORFEITURE

The United States of America (United States), by its undersigned counsel, requests this Honorable Court to enter the attached Preliminary Order of Forfeiture.

The United States further requests this Honorable Court to make entry of said Order part of its oral pronouncement of sentence and order entry of said forfeiture on the applicable judgment forms.

Respectfully submitted this 10th day of February, 2006.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile: (334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 10, 2006, I electronically filed the foregoing Motion to Enter Preliminary Order of Forfeiture with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Kevin Butler, Ben Bruner** and **Tommie Brown Hardwick.**

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560
E-mail: John.Harmon@usdoj.gov
Bar Number: 7068-II58J