U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See instructions for "Service of Process by U.S. Marshal"*   ③ ✓

| PLAINTIFF UNITED STATES OF AMERICA | **RECEIVED** | COURT CASE NUMBER 2:05cr150-LSC |
|---|---|---|
| DEFENDANT Ronnie Bennett Grissett, et. al. | 2006 FEB 17 P 4: 31 | TYPE OF PROCESS Preliminary Order Of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN UNITED STATES Hilda B. Clark MARSHALS SERVICE. ADDRESS *(Street or RFD, Apartment No.,* MIDDLE *City, State and ZIP Code)* ALABAMA Rt 2 Box 143; Dozier, AL 36028 |
|---|---|

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | | |
|---|---|---|
| UNITED STATES ATTORNEY OFFICE JOHN T. HARMON, AUSA P. O. BOX 197 MONTGOMERY AL 36101-0197 | Number of process to be served with this Form 285 | 1 |
| | Number of parties to be served in this case | 1 |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                          Fold

05-DEA-459655

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (334) 223-7280 | DATE 02/16/06 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY— DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 2 | District to Serve No. | Signature of Authorized USMS Deputy or Clerk K. Chavero | Date 2/17/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

RETURNED AND FILED

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address *(complete only different than shown above)* MAY - 2 2006 CLERK U. S. DISTRICT COURT MIDDLE DIST. OF AL | Date 4/27/06 | Time 9:30 ☒ am ☐ pm |
| | Signature of U.S. Marshal or Deputy C.J. Tatom |

| Service Fee $45.00 | Total Mileage Charges including *endeavors* Ø | Forwarding Fee Ø | Total Charges $45.00 | Advance Deposits Ø | Amount owed to U.S. Marshal* or (Amount of Refund*) $45.00 |
|---|---|---|---|---|---|

REMARKS: Address 35080 Boston Rd (CR 37) Dozier, AL 36028 (334) 496-3601

| PRIOR EDITIONS MAY BE USED | PRINT 5 COPIES: | 1. CLERK OF THE COURT 2. USMS RECORD 3. NOTICE OF SERVICE 4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal. 5. ACKNOWLEDGMENT OF RECEIPT | FORM USM-285 Rev. 12/15/80 Automated 01/00 |
|---|---|---|---|