| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>2:05cr150-C |
|---|---|
| DEFENDANT<br>RONNIE B. GRISSETT and BEULAH FROST GRISSETT d/b/a GRISSETT GROCERY | TYPE OF PROCESS<br>PRELIMINARY ORDER OF FORFEITURE |

RECEIVED
2006 MAR 13 P 4: 26
UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MELISSA GRISSETT

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
HIGHWAY 29 - ANDALUSIA, ALABAMA 36420

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 05-DEA-459655

Signature of Attorney or other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 03/10/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk<br>K. Chavers | Date 3/13/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above):
Ronnie Grissett - husband

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 4/27/06
Time: 10:00 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: C. J. Tatom

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors)<br>∅ | Forwarding Fee<br>∅ | Total Charges<br>45.00 | Advance Deposits<br>∅ | Amount Owed to US Marshal or<br>$45.00 | Amount or Refund<br>∅ |
|---|---|---|---|---|---|---|

REMARKS:
Address: 29074 US 29 N
Gantt, AL 36038
(334) 388-4185 (h)
(334) 488-4859 (cell)   (334) 222-8260 (work)

RETURNED AND FILED
MAY - 2 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED

FORM USM 285 (Rev. 12/15/80)