UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | |
| | ] | |
| vs. | ] | 2:05-CR-150-LSC |
| | ] | |
| RONNIE GRISSETT and BEULAH GRISSETT | ] | |

**O R D E R**

Due to a court conflict, the Evidentiary Hearing set for 7/21/06 to address Donnie B. Grissett's Motion for Reconsideration and a Hearing re [69] Preliminary Order of Forfeiture (Doc. 71), is RESCHEDULED and moved to **Friday, July 14, 2006, at 9:30 a.m.** in Courtroom 2-D in the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Sentencing Hearing for defendant Beulah Frost Grissett is also RESCHEDULED for **July 14, 2006, at 10:00 a.m.** to immediately follow the evidentiary hearing.

Done this 9th day of <u>June 2006</u>.

                                                   */s/ L. Scott Coogler*
                                                   L. SCOTT COOGLER
                                         UNITED STATES DISTRICT JUDGE

                                                        124019