IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.   02:05cr00150-LSC   |
| v.                                      ) | |
| ) | |
| BEULAH FROST GRISSETT, d/b/a ) | |
| GRISSETT GROCERY              ) | |

### UNITED STATES' MOTION FOR DOWNWARD DEPARTURE FOR SUBSTANTIAL ASSISTANCE UNDER U.S.S.G. § 5K1.1

**COMES NOW** the United States of America, by and through Leura Garrett Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. On February 8, 2006, Defendant Beulah Grissett entered a plea of guilty pursuant to a plea agreement under Rule 11(c)(1)(C) to an information charging a violation of Title 21, United States Code, Section 841(f)(1).

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive her rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of her plea agreement. The assistance provided by the defendant should be considered substantial. The information provided by Defendant Beulah Grissett involved criminal activity of her son, Ronnie Grissett. Beulah Grissett owned Grissett Grocery in Covington County. However, after the death of her husband, here son took over much of the operation and management

of the store. Beulah admits her involvement in the sell of pseudoephedrine. However, Mrs. Grissett's debriefing revealed that it was Ronnie who sold pseudoephedrine, directed her to sell pseudoephedrine, and manufactured methamphetamine using the pseudoephedrine tablets.

4. Ronnie Grissett entered a guilty plea after his mother's debriefing was disclosed. Ronnie Grissett was sentenced to 115 months imprisonment, which was the highest sentence of any defendant operating the Mom and Pop stores in Coffee, Covington, or Geneva County areas.

5. The government believes that Mrs. Grissett's debriefing and willingness to testify against her son, Ronnie Grissett, facilitated Ronnie Grissett's guilty plea. Therefore, the government makes this rare request for a 17 level reduction for substantial assistance under § 5K1.1 U.S.S.G., and moves this Court to downwardly depart to an offense level of 8. Further, the government moves that this Honorable Court sentence the defendant, Beulah Grissett to three (3) years probation.

Respectfully submitted, this the 7th day of July, 2006.

                                        LEURA GARRETT CANARY
                                        UNITED STATES ATTORNEY

                                        /s/Tommie Brown Hardwick
                                        TOMMIE BROWN HARDWICK
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334) 223-7280
                                        Fax: (334) 223-7135
                                        E-mail: tommie.hardwick@usdoj.gov
                                        ASB4152 W86T

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO.   02:05cr00150-LSC |
| v. ) | |
| ) | |
| BEULAH FROST GRISSETT, d/b/a ) | |
| GRISSETT GROCERY ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to: Kevin L. Butler, Esquire.

    Respectfully submitted,

/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: tommie.hardwick@usdoj.gov
ASB4152 W86T