IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CR. NO. 2:05cr150-LSC |
| ) | |
| RONNIE BENNETT GRISSETT and ) | |
| BEULAH FROST GRISSETT d/b/a ) | |
| GRISSETT GROCERY          ) | |

## FINAL ORDER OF FORFEITURE

This Court entered a Preliminary Order of Forfeiture on February 14, 2006, ordering defendants Ronnie Bennett Grissett and Beulah Frost Grissett to forfeit their interest in the subject real property to the United States. Notice of the Preliminary Order of Forfeiture was given by publication on May 24, May 31 and June 7, 2006 in the Montgomery Advertiser.

Notice was served upon Covington County Bank, Alabama Pathology Associates, W. O. Clark, Hilda B. Clark, Melissa Grissett and Donnie B. Grissett on April 27, 2006.

Donnie B. Grissett timely petitioned the Court for a hearing to adjudicate the validity of his alleged interest in said real property, and for an amendment of the order of forfeiture pursuant to Title 21, United States Code, Section 853(n)(6).

On July 14, 2006, Donnie B. Grissett withdrew his petition of interest in the real property.

NOW THEREFORE, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. The Preliminary Order of Forfeiture is final and all right, title and interest in the following real property is hereby conveyed to the United States:

> Lots 3 and 4 in Block "B" and all of Block "C", Plat No. I of the Hern Estate Land, Gantt, Alabama, said plat being recorded in the office of the Judge of Probate of Covington County, Alabama, in Plat Book 4, page 14, said parcel of land being more particularly described as follows: Starting at the point where the North right of way line of U.S. Highway No. 29 intersects the East right of way line of the River Falls Road and thence running in an Easterly direction along the North right of way line of U.S. Highway No. 29 to the point where said North right of way line intersects the South right of way line of the Central of Georgia Railroad; thence running in a Northwesterly direction along the said South or Southern right of way of said railroad to a point where said Southern right of way line intersects the East right of way line of said River Falls Road; thence running South along said East right of way line of said River Falls Road to the point of beginning. Less and Except a 20 foot square lot to Southeast Alabama Gas District. All of said lots being in the NE1/4 of SE1/4 of Section 18, Township 5, Range 16.

2. No right, title or interest in the real property shall exist in any other party and shall be disposed of according to law.

3.   IT IS FURTHER ORDERED that the Clerk of the Court shall forward two certified copies of this Order to the United States Attorney's Office.

Done this 27th day of July 2006.

                                            L. SCOTT COOGLER
                                    UNITED STATES DISTRICT JUDGE
                                                  124019